UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| PARVANEH MARZBAN, <br><br> Plaintiff, <br><br> v. <br><br> BIO-MEDICAL APPLICATIONS OF VIRGINIA, INC., d/b/a FRESENIUS MEDICAL CARE NORTH AMERICA, <br><br> Defendant. | Civil Action No. 1:21-CV-319-TSE-JFA |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby dismiss this action with prejudice and without costs or attorney's fees to any party as against the other. This stipulation of dismissal does not affect the Court's Order dated June 24, 2021 (ECF No. 17), awarding Defendant $500.00 for reasonable expenses incurred in filing its motion to compel (ECF No. 14).

Respectfully submitted,

*/s/ W. Edwards ReBrook, IV*
W. EDWARD REBROOK, IV (VSB #84719)
Attorney & Counselor at Law
THE REBROOK LAW OFFICE
6013 Clerkenwell Court
Burke, Virginia 22015
Email: edward@rebrooklaw.com
*Counsel for Plaintiff*

*/s/ David I. Klass*
David I. Klass (VSB #78697)
FISHER & PHILLIPS LLP
227 West Trade Street, Suite 2020

1

Charlotte, NC 28202
Telephone: (704) 334-4565
Facsimile: (704) 334-9774
Email: dklass@fisherphillips.com
*Counsel for Defendant*

So Ordered

/s/ _____ 8/11/21
T. S. Ellis, III
United States District Judge

2